# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JERAMY GSCHWIND,**

**Plaintiff,**

v.                                                    **Case No. 26-CV-325**

**CHRIS RICHTER,** *et al.*,

**Defendants.**

---

# REPORT AND RECOMMENDATION

---

On February 26, 2026, Jeramy Gshwind, who is incarcerated and representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. (ECF No. 1.) He also moved to proceed without prepayment of the filing fee. (ECF No. 2.) On April 1, 2026, the court ordered Gshwind to pay an initial partial filing fee of $67.88 by May 1, 2026. (ECF No. 8.) The court warned Gshwind that if he does not pay the fee or explain why he cannot by the deadline, the court will dismiss this case based on his failure to pay the fee. (*Id.* at 3.)

The May 1, 2026, deadline has passed and the court has not heard from Gshwind. Because the defendant has not consented to magistrate judge jurisdiction, the court will recommend that this case be dismissed without prejudice for failure to pay the initial partial filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that Gshwind's complaint (ECF No. 1) be **DISMISSED without prejudice**.

**IT IS FURTHER RECOMMENDED** that, pursuant to 28 U.S.C. §1915(b)(1), Gshwind, must pay the $350 statutory filing fee.  If the recommendation is adopted, the agency having custody of Gshwind shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Gshwind's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2).  The payments shall be clearly identified by the case name and number assigned to this action.  If Gshwind is transferred to another institution, the transferring institution shall forward a copy of this Order along with Gshwind's remaining balance to the receiving institution.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 12th day of June, 2026.

STEPHEN DRIES
United States Magistrate Judge

2