# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JERAMY GSCHWIND,

Plaintiff,

v.

Case No. 26-CV-325-JPS

CHRIS RICHTER, GEORGE
LENZNER, TROY BEYER, MARVIN
NINHAM, and MILT MARQUARTT,

**ORDER**

Defendants.

Plaintiff Jeramy Gschwind, a prisoner confined at the Shawano County Work Release, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On June 12, 2026, Magistrate Judge Stephen C. Dries issued a report and recommendation to this Court that this action be dismissed without prejudice for Plaintiff's failure to pay the initial partial filing fee. ECF No. 11. The report also recommended that Plaintiff be ordered to pay the $350.00 filing fee over time. *Id.* The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L.R. 72(c).

The Court has considered the recommendation and, in light of its agreement with Magistrate Judge Dries's analysis and without objection from Plaintiff, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's report and recommendation, ECF No. 11, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED without prejudice** for the failure to pay the initial partial filing fee;

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee, ECF No. 2, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the agency having custody of Plaintiff shall collect from his institution trust account the $350.00 balance of the filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to Plaintiff's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this case. If Plaintiff is transferred to another county, state, or federal institution, the transferring institution shall forward a copy of this Order along with his remaining balance to the receiving institution; and

**IT IS FURTHER ORDERED** that a copy of this Order be sent to the officer in charge of the agency where Plaintiff is confined.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of June, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge